PROB 12C
(7/93)

Report Date: February 28, 2011

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 8 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Justin Duane Corbray        Case Number: 2:08CR02027-001

Address of Offender:            Yakima, WA 98901

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 10/16/2008

Original Offense:       Uttering/Possessing Counterfeit Currency, 18 U.S.C. § 472

Original Sentence:      Prison - 6 Months; TSR - 36 Months        Type of Supervision: Supervised Release

Asst. U.S. Attorney:    Gregory M. Shogren        Date Supervision Commenced: 12/14/2010

Defense Attorney:       Rick Lee Hoffman          Date Supervision Expires: 2/13/2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Corbray allegedly assaulted his girlfriend, RA (victim), during the late hours of February 24, 2011, and/or during the early morning hours of February 25, 2011. RA came to the U.S. Probation Office on February 25, 2011, and disclosed she and Mr. Corbray had been arguing, which lead to a physical altercation. She stated he grabbed her neck and dragged her. She reported he also took the keys to her apartment and her cell phone. |
| 2 | **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: On February 3, 2011, Mr. Corbray traveled to Seattle, Washington, to attend a court hearing. He did not request permission to leave the Eastern District of Washington, and this officer was not informed about his travels until February 8, 2011, during a conversation with Mr. Corbray in my office. |

Prob12C
Re: **Corbray, Justin Duane**
February 28, 2011
Page 2

3     **Special Condition #18**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Mr. Corbray was instructed on February 8, 2011, to complete a substance abuse evaluation by the end of the week. This office spoke with Mr. Corbray later during this week and agreed he could complete the assessment on or before February 15, 2011. To date, Mr. Corbray has not satisfied this condition.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/28/2011

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

James P. Hutton
Signature of Judicial Officer

2/28/2011
Date